UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 19-14087-CIV-MARRA/MAYNARD

| | |
|---|---|
| LOUISE FARMER, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| INTL FCSTONE FINANCIAL INC., | ) ) |
| Defendant. | ) |

**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUIDCE**

Plaintiffs, Manohar Apte, Zhengjie Cai, P. Gerald Desimone, Rose Marie Desimone, Richard Durham, Louis Farmer, Charles Foster, Susan Foster, Mark Murphy, Deborah Prairie, Prithpal Ruprai, Gouzhao Yao, Vincent del Corso, hereby give notice of dismissal of this action, without prejudice, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**CERTIFICATE OF CONFERRAL**

On June 18, 2019, John Chapman, the undersigned counsel's co-counsel conferred with Richard Davis, counsel for Defendant, who stated that the Defendant does not oppose the instant notice of dismissal.

Respectfully submitted,

By:   /s Edmund Searby
Edmund W. Searby, Esq.
*Admitted Pro Hac Vice*
Searby LLP
30195 Chagrin Blvd., Suite 210N
Cleveland, Ohio 44124
Telephone: (216) 591-2613

John S. Chapman, Esq.
*Admitted Pro Hac Vice*
Chapman Albin LLC,
700 West St. Clair Avenue, Suite 200
Cleveland, OH 44113
Telephone: (216) 241-8172

Jeffrey B. Kaplan, Esq.
 Fla. Bar No.: 39977
 E-Mail: jkaplan@dkrpa.com
Lorenz Michel Pruss, Esq.
 Fla. Bar No.: 581305
 E-mail: lpruss@dkrpa.com
DIMOND KAPLAN & ROTHSTEIN, P.A.
2665 South Bayshore Drive, PH-2B
Miami, Florida 33133
Telephone:   (305) 374-1920
Facsimile:   (305) 374-1961
*Local Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on June 19, 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and served upon counsel of record.

By:   /s/ Jeffrey Kaplan
Jeffrey B. Kaplan